**MANDATE**

N.Y.S.D. Case #
12-cv-0881(LTS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of December, two thousand and twelve,

_____

Gregory Barton,

      Plaintiff - Appellant,

v.

Martha Stewart Living Omnimedia, Inc., Martha Stewart Living Omnimedia, Inc. 2005 Executive Severance Pay Plan, Compensation Committee of the Board of Directors of Martha Stewart Living Omnimedia, Inc., John Does 1-10, 2005 Executive Severance Pay Plan,

      Defendants - Appellees.

_____

ORDER
Docket No. 12-4166

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/07/2012